AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia ▼

| | |
|---|---|
| United States of America<br>v.<br>Ricardo Blackson ███████ <br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:25-mj-00188
Assigned To: Judge Faruqui, Zia M.
Assign. Date: 8/29/2025
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 28, 2025_____ in the county of _____ in the Jurisdiction of the District of _____Columbia_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Officer Kevin Brennan, U.S. Park Police
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on August 29, 2025.

Date: _____08/29/2025_____

_____
*Judge's signature*

City and state: _____Washington, D.C._____

Zia M. Faruqui, U.S. Magistrate Judge
_____
*Printed name and title*